AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| Federal Trade Commission (See Attached) <br><br> *Plaintiff(s)* <br> v. <br> Frontier Communications Corporation, a Delaware corporation (See Attached) <br><br> *Defendant(s)* | Civil Action No. 2:21-cv-4155 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Frontier Communications Parent, Inc.
c/o Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Robert J. Quigley
Federal Trade Commission
10990 Wilshire Boulevard, Suite 400
Los Angeles, CA 90024

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____    _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 2:21-cv-4155

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

JAMES REILLY DOLAN
Acting General Counsel

ROBERT J. QUIGLEY, Cal. Bar No. 302879
rquigley@ftc.gov
BARBARA CHUN, Cal. Bar No. 186907
bchun@ftc.gov
MILES D. FREEMAN, Cal. Bar No. 299302
mfreeman@ftc.gov
Federal Trade Commission
10990 Wilshire Blvd., Suite 400
Los Angeles, CA 90024
Tel: (310) 824-4300
Fax: (310) 824-4380
Attorneys for Plaintiff
FEDERAL TRADE COMMISSION

[Additional Attorneys for Plaintiffs Listed on Signature Pages]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION; STATE OF ARIZONA *EX REL.* MARK BRNOVICH, ATTORNEY GENERAL; THE PEOPLE OF THE STATE OF CALIFORNIA; STATE OF INDIANA; THE PEOPLE OF THE STATE OF MICHIGAN; STATE OF NORTH CAROLINA; and STATE OF WISCONSIN,<br><br>Plaintiffs,<br><br>v.<br><br>FRONTIER COMMUNICATIONS CORPORATION, a Delaware | Case No. 2:21-cv-4155<br><br>COMPLAINT FOR PRELIMINARY INJUNCTION, PERMANENT INJUNCTION, MONETARY RELIEF AND OTHER RELIEF |

| | |
|---|---|
| 1 | corporation; FRONTIER COMMUNICATIONS PARENT, INC., a Delaware corporation; FRONTIER COMMUNICATIONS INTERMEDIATE, LLC, a Delaware limited liability company; FRONTIER COMMUNICATIONS HOLDINGS, LLC, a Delaware limited liability company, |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | Defendants. |

Plaintiffs, the Federal Trade Commission ("FTC"), the Attorneys General of the States of Arizona, Indiana, Michigan, North Carolina, and Wisconsin, and the People of the State of California, by and through the District Attorneys of Los Angeles County and Riverside County (collectively, "Plaintiffs"), for their Complaint allege:

1. The FTC brings this action under Section 13(b) of the FTC Act, 15 U.S.C. § 53(b), which authorizes the FTC to seek, and the Court to order, temporary, preliminary, and permanent injunctive relief and other relief for Defendants' acts or practices in violation of Section 5(a) of the FTC Act, 15 U.S.C. § 45(a).

2. This action is also brought, in their representative and official capacities as provided by state law, by the Attorneys General of Arizona, Indiana, Michigan, North Carolina, and Wisconsin, and by the People of the State of California by and through the District Attorneys of Los Angeles County and Riverside County. The Plaintiffs identified in this paragraph are referred to collectively as the "Plaintiff States."

3. The Plaintiff States bring this action pursuant to consumer protection and business regulation authority conferred on their Attorneys General, and/or state or county agencies or offices by state law, and/or pursuant to *parens patriae* and/or common law authority. As described below, many of these states' laws authorize