# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Federal Trade Commission et al, Plaintiff(s) v. Frontier Communications Corporation et al, Defendant(s) | CASE NUMBER: 2:21-cv-04155-RGK-MAA <br><br> MOTION RE: INFORMAL DISCOVERY DISPUTE |
|---|---|

The parties have requested an informal discovery conference with Magistrate Judge Maria A. Audero

Counsel for each party have submitted their respective positions and the issue will be adjudicated in accordance with the Magistrate Judge's procedures.

Telephonic Informal Discovery Conference is set for January 19, 2022 at 9:00 a.m.
Clerk to provide call-in information.

Dated: January 14, 2022

By: N. Estrada
Deputy Clerk