JAMES REILLY DOLAN
Acting General Counsel

ROBERT J. QUIGLEY, SBN 302879
rquigley@ftc.gov
BARBARA CHUN, SBN 186907
bchun@ftc.gov
MILES D. FREEMAN, SBN 299302
mfreeman@ftc.gov
MATTHEW H. FINE, SBN 300808
mfine@ftc.gov
Federal Trade Commission
10990 Wilshire Blvd., Suite 400
Los Angeles, CA 90024
Tel: (310) 824-4300
Fax: (310) 824-4380

Attorneys for Plaintiff Federal Trade Commission

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, *et al.*,<br><br>           Plaintiffs,<br><br>   v.<br><br>FRONTIER COMMUNICATIONS CORPORATION, *et al.*,<br><br>           Defendants. | Case No.  2:21-cv-4155-RGK-MAA<br><br>**DECLARATION OF ROBERT J. QUIGLEY IN SUPPORT OF RENEWED JOINT STIPULATION FOR CONTINUANCE OF PRE-TRIAL AND TRIAL DATES PENDING FEDERAL TRADE COMMISSION'S FORMAL REVIEW OF PROPOSED SETTLEMENT** |

I, Robert J. Quigley, declare as follows:

1. I am lead counsel for Plaintiff the Federal Trade Commission ("FTC") in the above-captioned action. I make this declaration based on my personal knowledge and in support of the parties' Renewed Joint Stipulation for Continuance of Pre-Trial and Trial Dates Pending Federal Trade Commission's Formal Review of Proposed Settlement.

2. Plaintiffs' counsel and Defendants' counsel have reached a tentative settlement of this action, in the form of a Stipulated Order for Permanent Injunction, Monetary Judgment, and Other Relief ("Stipulated Order").

3. However, before the parties can submit the proposed settlement to the Court, FTC counsel must have the proposed settlement reviewed and approved by the FTC's Bureau of Consumer Protection, and by the FTC's Commission, who have final authority to authorize FTC settlements. Making every effort to reasonably expedite this process, FTC counsel anticipates that this settlement review process will take approximately 45 to 60 days.

4. On March 15, 2022, Defendants' counsel transmitted to Plaintiffs a signed stipulation to enter the Stipulated Order containing the terms of the proposed settlement.

5. On March 16, 2022, counsel for the FTC submitted the proposed settlement to the FTC's Bureau of Consumer Protection for review, and the anticipated 45-to-60 day period for review of the settlement by the FTC's Bureau of Consumer Protection and Commission is underway.

6. Absent a continuance of the current pre-trial and trial dates, the Parties will need to expend significant monetary and personnel resources completing fact discovery (including taking and defending more than a dozen upcoming depositions) by April 6, preparing and serving opening expert reports by April 6, and drafting motions for summary judgment and supporting papers to be filed by

April 20. Each of these expenses would be rendered moot by the filing of the Parties' proposed settlement.

7. In an effort to avoid the unnecessary expenditure of party and judicial resources, the Parties have stipulated to and respectfully request that the Court enter an order continuing the current pre-trial and trial dates as follows:

| Event | Current Date | Proposed New Date |
|---|---|---|
| Discovery Cut-Off Date (Fact Discovery) | April 6, 2022 | June 6, 2022 |
| Motion Cut-Off Date (Last Day to File) | April 20, 2022 | June 21, 2022 |
| Pretrial Conference | June 13, 2022 at 9:00 AM | August 15, 2022 at 9:00 AM |
| Bench Trial | July 5, 2022 at 9:00 AM | September 6, 2022 at 9:00 AM |

8. On March 12, 2022, the Parties requested a sixty (60) day continuance of the case schedule in view of the tentative settlement agreement. Dkt. 92.

9. On March 15, 2022 the Court denied the Parties' requested continuance without prejudice because the Parties' stipulation "d[id] not represent that the settlement agreement has actually been submitted to the FTC at this time." Dkt. 93. The Court's Order denying the parties' March 12, 2022 request for a sixty (60) day continuance of the case schedule stated that the Court "will grant a renewed request for continuance" upon the filing of a renewed stipulation stating that "the settlement has indeed been submitted to the FTC for review." *Id.*

10. The Parties can now represent that the proposed settlement has been submitted to the FTC's Bureau of Consumer Protection for review, and the anticipated 45-to-60 day period for FTC review referenced in the March 12, 2022 stipulated continuance request is underway.

1     I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: March 16, 2022

Respectfully submitted,

*/s/ Robert J. Quigley*
ROBERT J. QUIGLEY
Federal Trade Commission
Western Region Los Angeles
10990 Wilshire Blvd., Suite 400
Los Angeles, CA 90024
(310) 824-4300 (phone)
(310) 824-4380 (fax)

*Attorney for the Federal Trade Commission*